**Michael Lee HALL, Plaintiff-Appellant,**

v.

**BANK OF AMERICA CORPORATION, Defendant-Appellee.**

**No. 17-2164**

United States Court of Appeals, Fourth Circuit.

Submitted: December 21, 2017

Decided: December 27, 2017

Michael Lee Hall, Appellant Pro Se. Meredith Anne Pinson, Bruce Steen, MCGUIREWOODS, LLP, Charlotte, North Carolina, for Appellee.

Before WILKINSON and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Lee Hall appeals the district court's order adopting the magistrate judge's recommendation to grant Bank of America Corporation's motion to dismiss Hall's civil claims, including his discriminatory failure-to-promote claim brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C.A. §§ 2000e to 2000e-17 (West 2012 & Supp. 2017). Limiting our review to the issues raised in Hall's informal brief, *see* 4th Cir. Rule 34(b), we discern no reversible error. Accordingly, we affirm the district court's judgment. *See Hall v. Bank of Am. Corp.*, No. 3:16-cv-00715-RJC-DSC, 2017 WL 3971281 (W.D.N.C. Sept. 8, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*